IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROMAN DEL ANGEL-POSADAS,

    Plaintiff,                    No. CIV S-07-0351 DFL EFB P

    vs.

UNKNOWN,

    Defendant.               ORDER

_____/

    Plaintiff is a prisoner without counsel prosecuting this civil rights action in forma pauperis. *See* 42 U.S.C. § 1983; 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    The court has reviewed plaintiff's complaint pursuant to 28 U.S.C. § 1915A. The court is unable to discern whether the complaint states a claim for relief as it is written in Spanish. The court does not employ an interpreter for translating complaints and other documents submitted to the court that are not written in English.

    Good cause appearing, plaintiff's complaint will be dismissed with leave to file an amended complaint in English. To state a claim under 42 U.S.C. § 1983, plaintiff must allege an identified defendant deprived plaintiff of a right secured to him by the Constitution or laws of the

United States while acting under color of state law. *West v. Atkins*, 487 U.S. 42, 48-49 (1988).

Accordingly, it is hereby ORDERED that:

1. Plaintiff's February 20, 2007, complaint is dismissed.

2. Plaintiff has 30 days from the date this order is served in which to file an amended complaint in English.

Dated: April 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE