IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROMAN DEL ANGEL-POSADAS,

       Plaintiff,                    No. CIV S-07-0351 RRB EFB P

     vs.

UNKNOWN,

       Defendant.                <u>FINDINGS AND RECOMMENDATIONS</u>

                              /

On April 9, 2007, the court dismissed plaintiff's complaint with leave to amend. The order explained the complaint's deficiencies and gave plaintiff 30 days to file an amended complaint correcting those deficiencies.

The 30-day period has expired and plaintiff has not filed an amended complaint or otherwise responded to the order.[1]

Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b); Local Rule 11-110.

////

---

[1] Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 83-182(f), service of documents at the record address of the party is fully effective.

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:   June 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE